# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LUCIA RAMOS,

              **Plaintiff,**

-vs-                                  **Case No. 6:06-cv-450-Orl-28JGG**

COMMISSIONER OF SOCIAL
SECURITY,

              **Defendant.**

_____

## ORDER

This case is before the Court on appeal from a final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income Benefits. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed July 6, 2007 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The decision of the Commissioner of Social Security is reversed and remanded pursuant to 42 U.S.C. § 405(g) (Sentence Four).

3.     The Clerk is directed to enter judgment in favor of Plaintiff and thereafter close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _1st_ day of August, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party