# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUCIA RAMOS,**

                **Plaintiff,**

**-vs-**                                                   **Case No. 6:06-cv-450-Orl-28UAM**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEY FEES (Doc. No. 18)** |
| **FILED:** | **November 1, 2007** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

On August 6, 2007, a judgment was entered remanding this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 16, 17. Plaintiff now moves for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Plaintiff requests attorney's fees in the amount of $2,073.50, calculated at the rate of $145 per hour for the 14.3 hours expended. Plaintiff also requests reimbursement of her filing fee in the amount of $250. *See,* 28 U.S.C. § 2412(a); 28 U.S.C. § 1920(1). The Commissioner has filed no opposition to these requests.

**IT IS RECOMMENDED THAT:**

1.  Plaintiff's motion be granted and Plaintiff be awarded attorneys' fees of $2,073.50 and costs of $250.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 27, 2007.

*Donald P. Dietrich*
DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable John Antoon II