# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUCIA RAMOS,**

        **Plaintiff,**

-vs-                                **Case No. 6:06-cv-450-Orl-28JGG**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion for Attorney Fees (Doc. No. 18) filed November 1, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 27, 2007 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney Fees (Doc. No. 18) is **GRANTED**. Plaintiff is awarded attorneys' fees in the amount of $2,073.50 and costs in the amount of $250.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_31\_\_ day of December, 2007.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party